WILLIAM J. PORTANOVA, State Bar No. 106193
Portanova & Associates
400 Capitol Mall, Suite 1100
Sacramento, CA 95814
Telephone: (916) 444-7900
Fax: (916) 444-7998
Wjp@Portanova.com

Attorney for Defendant
ARWA HARB

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:24-cr-0071 DJC |
| Plaintiff, | **WAIVER OF DEFENDANT'S PERSONAL APPEARANCE** |
| v. | |
| ARWA HARB, | |
| Defendant. | |

Defendant ARWA HARB, hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, including, but not limited to, when the case is set for trial, when a continuance is ordered, when time is excluded under the Speedy Trial Act, when a detention hearing is held, and when any other action is taken by the Court before or after trial, except upon initial appearance, initial arraignment, plea, every trial stage, including jury impanelment and the return of the verdict, and imposition of sentence.

Defendant hereby requests the Court to proceed during every absence of his which the Court may permit pursuant to this waiver; agrees that his interests will be deemed represented at all times by the presence of his attorney, the same as if defendant were personally present; and further agrees to be present in court ready for trial on any day which the Court may fix in his absence.

1

1    Dated:  December 12, 2024

2                                                  ARWA HARB
                                                   Defendant

3

4    I agree with and consent to my client's waiver of appearance.

5    Dated:  December 12, 2024            /s/ William J. Portanova
                                                   WILLIAM J. PORTANOVA
6                                                  Attorney for Defendant ARWA HARB

7

8

9       **IT IS SO ORDERED.**

10

11   Dated:  December 17, 2024

                                                   THE HON. DANIEL J. CALABRETTA
12                                                 United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                          2